# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BK NO. 18-01323 HWV |
| Maryanne Monica Juris fka Maryanne Monica Kane<br>&<br>Gregg Stephen Juris<br>    Debtors | Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of PennyMac Loan Services, LLC and index same on the master mailing list.

            Respectfully submitted,

            **/s/ James C. Warmbrodt, Esquire**
            James C. Warmbrodt, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA 19106
            412-430-3594