UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 18-01323-13-

GREGG S. JURIS and MARYANNE KANE  Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                             Bankr. Case No. 18-01323-13-

GREGG S. JURIS and MARYANNE KANE                          Chapter 13
     Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on May 7, 2018 :

| PAUL DONALD MURPHY AHLES | Charles J. DeHart III |
|---|---|
| 2132 MARKET ST | 8125 Adams Drive |
| CAMP HILL, PA  17011 | Suite A |
| | Hummelstown, PA 17036 |

By  /s/ Mandy Youngblood
     Mandy Youngblood

xxxxx76864 / 953260