```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 18-01323-HWV
Gregg Stephen Juris                                                                     Chapter 13
Maryanne Monica Juris
        Debtors                                   CERTIFICATE OF NOTICE
District/off: 0314-1           User: LyndseyPr              Page 1 of 2              Date Rcvd: May 14, 2018
                               Form ID: ntcnfhrg            Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db/jdb         +Gregg Stephen Juris,    Maryanne Monica Juris,    806 Arbor Lane,    York, PA 17406-7201
5059118        ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   Americredit Financial Services, Inc.,   P.O Box 183853,
                 Arlington, TX 76096)
5042679        +Ally Financial, Inc.,   Ally Detriot Center,    500 Woodward Avenue,    Detroit, MI 48226-3423
5042682        +AmeriCredit Financial Services,   801 Cherry Street, Suite 3500,    Fort Worth, TX 76102-6854
5042680        +American Express,   PO Box 297871,    Fort Lauderdale, FL 33329-7871
5050814         American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
5042681        +American Home Warranty,    Attn: Bankruptcy Department,   PO Box 7248,
                 Santa Rosa, CA 95407-0248
5042683         Apothaker Scian, PC,    520 Fellowship Road, Suite C306,    PO Box 5496,
                 Mount Laurel, NJ 08054-5496
5042684         Asset Recovery Solutions, LLC,    2200 East Devon Avenue, Suite 200,
                 Des Plaines, IL 60018-4501
5042687        +Barclays Bank Delaware,    PO Box 8803,   Wilmington, DE 19899-8803
5042688         Capital One Bank USA, NA,    PO Box 30285,   Salt Lake City, UT 84130-0285
5042690        +Chase Card,   PO Box 15298,    Wilmington, DE 19850-5298
5042693         Comenity Bank / PayPal Credit,    Attn: Bankruptcy Department,    PO Box 182125,
                 Columbus, OH 43218-2125
5042696         DIRECTV,   PO Box 5007,    Carol Stream, IL 60197-5007
5042700        +Loan Depot,   PO Box 77404,    Ewing, NJ 08628-6404
5042705        +MRS BPO, LLC,   1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
5042701        +Mariner Finance,   8211 Town Center Drive,    Nottingham, MD 21236-5904
5042702         Memorial Hospital,   PO Box 505167,    Saint Louis, MO 63150-5167
5042704         Miller Dipietro Associates,    PO Box 143,   Landisville, PA 17538-0143
5042706         PA Emergency Physicians, PLLC,    PO Box 975213,   Dallas, TX 75397-5213
5042707        +Pennymac Loan Services,    Attn: Bankruptcy Department,    PO Box 514387,
                 Los Angeles, CA 90051-4387
5042708         Pinneacle Health Memorial Hospital,    PO Box 829774,    Philadelphia, PA 19182-9774
5042710        +TD Bank USA / Target Card,    PO Box 673,   Minneapolis, MN 55440-0673
5042711        +Terminex,    Attn: Bankruptcy Department,    860 Ridge Lake Boulevard,    Memphis, TN 38120-9421
5042713        +Wells Fargo Card Services,    PO Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 14 2018 19:15:53
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
5042685         E-mail/Text: g20956@att.com May 14 2018 19:19:46     AT&T Mobility,    PO Box 537104,
                 Atlanta, GA 30353-7104
5046181         E-mail/Text: ally@ebn.phinsolutions.com May 14 2018 19:19:05     Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
5042686        +E-mail/Text: bk@avant.com May 14 2018 19:19:47     Avant,    222 North LaSalle Street #1700,
                 Chicago, IL 60601-1101
5042689         E-mail/Text: bankruptcy@cavps.com May 14 2018 19:19:38     Cavalry Portfolio Services,
                 PO Box 27288,   Tempe, AZ 85285
5044261        +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 14 2018 19:16:12
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
5059922        +E-mail/Text: bankruptcy@cavps.com May 14 2018 19:19:38     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
5042691         E-mail/Text: DATA@COLLECTIONCENTERIND.COM May 14 2018 19:19:55     Collection Center Industries,
                 PO Box 8666,   Lancaster, PA 17604-8666
5042692         E-mail/Text: bnc@bass-associates.com May 14 2018 19:19:55     Collins Asset Group, LLC,
                 PO Box 91059,   Austin, TX 78709-1059
5042694        +E-mail/Text: csivels@creditcorpsolutionsinc.com May 14 2018 19:19:55
                 Credit Corp Solutions, Inc.,    63 East 11400 South 408,    Sandy, UT 84070-6705
5042695        +E-mail/PDF: creditonebknotifications@resurgent.com May 14 2018 19:16:34     Credit One Bank, NA,
                 PO Box 98875,   Las Vegas, NV 89193-8875
5045105         E-mail/Text: mrdiscen@discover.com May 14 2018 19:19:05     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
5042697         E-mail/Text: mrdiscen@discover.com May 14 2018 19:19:05     Discover Financial Services, LLC,
                 PO Box 3025,   New Albany, OH 43054-3025
5042698         E-mail/Text: data_processing@fin-rec.com May 14 2018 19:19:18
                 Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
5050942        +E-mail/Text: bankruptcydpt@mcmcg.com May 14 2018 19:19:29     Midland Funding, LLC,
                 Midland Credit Management, Inc.,    as agent for Midland Funding, LLC,    PO Box 2011,
                 Warren, MI 48090-2011
5042703        +E-mail/Text: bankruptcydpt@mcmcg.com May 14 2018 19:19:29     Midland Funding, LLC,
                 2365 Northside Drive, Suite 30,    San Diego, CA 92108-2709
5042709         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2018 19:16:13
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
```

```
District/off: 0314-1           User: LyndseyPr              Page 2 of 2                    Date Rcvd: May 14, 2018
                               Form ID: ntcnfhrg            Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5044311        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2018 19:15:53
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5043092       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2018 19:16:31
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5042712       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 14 2018 19:19:03
               Verizon,    500 Technology Drive, Suite 30,    Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 20

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5042699     ##+Jeffrey T. Bitzer, Esquire,    1 West Market Street,    York, PA 17401-1253
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Gregg Stephen Juris pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Maryanne Monica Juris pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Gregg Stephen Juris  
Maryanne Monica Juris  
fka Maryanne Monica Kane  

Chapter 13  
Case No. 1:18−bk−01323−HWV  

Debtor(s)

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**July 11, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 18, 2018 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 14, 2018 |