In re:                                                    Case No. 18-01323-HWV
Gregg Stephen Juris                                        Chapter 13
Maryanne Monica Juris
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: LyndseyPr     Page 1 of 1          Date Rcvd: Jan 18, 2019
                             Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2019.
5135529         +Northstar Location Services,    4285 Genesee St,    Cheektowaga, NY 14225-1943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          Paul Donald Murphy-Ahles   on behalf of Debtor 1 Gregg Stephen Juris pmurphy@dplglaw.com,
            kgreene@dplglaw.com
          Paul Donald Murphy-Ahles   on behalf of Debtor 2 Maryanne Monica Juris pmurphy@dplglaw.com,
            kgreene@dplglaw.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE                                        :        CHAPTER 13
                                             :
GREGG STEPHEN JURIS                          :        CASE NO.:   1-18-bk-01323-HWV
MARYANNE MONICA JURIS                        :
fka MARYANNE MONICA KANE                     :
        Debtors                              :
                                             :
CHARLES J. DEHART, III, TRUSTEE              :
        Objectant                            :
                                             :
        vs.                                  :
                                             :
NORTHSTAR LOCATIONS SERVICES:
        Claimant                             :

## ORDER

        AND NOW, at Harrisburg, Pennsylvania, in said District, upon consideration of the Trustee's Objection to Claim No. 25 of Northstar Location Services following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

        ORDERED that Claim No. 25 of NorthStar Location Services shall be deemed untimely filed.

Dated:  January 17, 2019                     By the Court,

                                             _Henry W. Van Eck_

                                             _____
                                             Henry W. Van Eck, Bankruptcy Judge (JH)