**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Gregg Stephen Juris<br>**Debtor 1**<br>Maryanne Monica Juris<br>f/k/a Maryanne Monica Kane<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:18-BK-01323-HWV<br><br>**Matter:** Motion to Incur Debt/Obtain Credit |

### DEBTOR(S)' MOTION TO INCUR DEBT

AND NOW, come the Debtor(s), Gregg Stephen Juris and Maryanne Monica Juris, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion to Incur Debt/Obtain Credit and aver as follows:

1. This case was commenced by the filing on March 30, 2018 of a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor(s) are seeking to purchase a personal residence.

3. Debtor(s) have obtained approval for financing from LMC located in Lancaster, Pennsylvania.

4. It is estimated that the monthly payments on the mortgage will be approximately $1,800.00 per month, including escrow for real estate taxes and homeowner's insurance, for 360 months. The interest rate on the mortgage note will be 4.00% or less.

5. Debtor(s) are confident that the increased payments will not affect Debtor(s)' ability to continue his Chapter 13 payments.

6. Debtor(s) intend to make all payments on the mortgage note outside the Chapter 13 plan in this case.

7. For all the reasons set out above, Debtor(s) believes that the granting of this Motion will not materially or adversely affect the interests of any creditor, nor Debtor(s)' prospects for successful completion of the Chapter 13 Plan in this case and will instead permit Debtor(s) to purchase a personal residence which is necessary for the Debtor(s) to live in, and hence necessary for the successful completion of the Chapter 13 Plan in this case.

WHEREFORE, Debtor(s) moves this Honorable Court for leave to incur the new debt described above and prays for such other and further relief as the Court deems just and proper.

                                        Respectfully submitted,
                                        **DETHLEFS PYKOSH & MURPHY**

Date: January 7, 2021                          /s/ Paul D. Murphy-Ahles

                                        Paul D. Murphy-Ahles, Esquire
                                        PA ID No. 201207
                                        2132 Market Street
                                        Camp Hill, PA 17011
                                        (717) 975-9446
                                        pmurphy@dplglaw.com
                                        *Attorney for Debtor(s)*



1794 Oregon Pike
Lancaster PA  17601
717-560-2114
NMLS #836585

**Re:  Mortgage Prequalification Letter**

Date: December 10, 2020

Dear Gregg,

It is with great pleasure that LMC extends to you the pre-qualification of your home loan.  We look forward to working with you throughout your loan process.    **LOAN TYPE:  FHA**

**Name:**
Gregg Juris
Rosalie Juris

**Secured by the property located at:**
TO BE DETERMINED

**Loan Terms:**
Sales Price: 422,770
Loan Amount: 331,760
Loan Term: 360
Interest Rate: 3.250

**Specific conditions required prior to closing include the following:**

1. Acceptable appraisal supporting the purchase price.
2. Title to be free and clear of all judgments and liens at the time of closing.
3. Rate subject to change until locked.
4. Subject to maintaining a minimum credit score of 640  and as COVID guidelines dictate.
5. Contingent upon sale/settlement of current home/FHA mortgage satisfied.
6. Evidence of Hazard Insurance and Flood Insurance (if required).
7. Loan subject to approval from underwriter once all documentation is received.

We understand that financing your home is one of the most important decisions you make in your lifetime.  LMC would like to make your experience as delightful as the time you will spend in your new home.  Please feel free to call us if you have any questions on the terms and conditions of this approval.

Sincerely,


Debra Martin
NMLS # 649823

PreQual - Lancaster

PreQual - Lancaster

## UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Gregg Stephen Juris<br>**Debtor 1**<br>Maryanne Monica Juris<br>f/k/a Maryanne Monica Kane<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:18-BK-01323-HWV<br><br>**Matter:** Motion to Incur/Obtain Debt |

### NOTICE

Notice is hereby given that:

The Debtor(s) filed a Chapter 13 Bankruptcy Petition on **March 30, 2018**.

A hearing on the above-referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Ronald Reagan Federal Building**<br>**Bankruptcy Courtroom (3rd Floor)**<br>**Third & Walnut Streets**<br>**Harrisburg, PA 17101** | **Date: January 26, 2021**<br><br>**Time: 9:30 AM** |

Any objection/response to the above-referenced matter must be filed and served on or before **January 21, 2021**.

If service was property made and Respondent(s) fail to file any objection/response by the above-specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

| | |
|---|---|
| Date: January 7, 2021 | Paul D. Murphy-Ahles, Esquire<br>PA ID No. 201207<br>DETHLEFS PYKOSH & MURPHY<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com<br>*Attorney for Debtor(s)* |

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Gregg Stephen Juris<br>**Debtor 1**<br>Maryanne Monica Juris<br>f/k/a Maryanne Monica Kane<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:1-BK-01323-HWV<br><br>**Matter:** Motion to Incur Debt/Obtain Credit |

## ORDER OF COURT

UPON CONSIDERATION of the Debtor(s) Motion to Incur Debt/Obtain Credit, said Motion IS HEREBY GRANTED, and the Debtor(s) is permitted to obtain financing from LMC for the purpose of purchasing a personal residence for Debtor(s), up to the purchase price of $430,000, at an interest rate of 4.00% or less.

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Gregg Stephen Juris<br>**Debtor 1**<br>Maryanne Monica Juris<br>f/k/a Maryanne Monica Kane<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:18-BK-01323-HWV<br><br>**Matter:** Motion to Incur Debt/Obtain Credit |

### CERTIFICATE OF SERVICE

I hereby certify that on Thursday, January 7, 2021, I served a true and correct copy of the **Debtor(s)' Motion to Incur Debt/Obtain Credit, Notice of Opportunity to Object and Hearing, and proposed Order** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-1
Case 1:18-bk-01323-HWV
Middle District of Pennsylvania
Harrisburg
Wed Dec 30 16:26:18 EST 2020

ACAR Leasing LTD d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096-3853

AT&T Mobility
PO Box 6371 ??
Atlanta, GA 30353-7104

AT&T Mobility II LLC
%AT&T SERVICES INC.
KAREN A. CAVAGNARO  PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921-2693

Ally Financial
PO Box 130424
Roseville MN 55113-0004

Ally Financial, Inc.
Ally Detriot Center
500 Woodward Avenue
Detroit, MI 48226-3416

AmeriCredit Financial Services
801 Cherry Street, Suite 3500
Fort Worth, TX 76102-6854

American Express
PO Box 297871
Fort Lauderdale, FL 33329-7871

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Home Warranty
Attn: Bankruptcy Department
PO Box 7248
Santa Rosa, CA 95407-0248

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

Americredit Financial Services, Inc.Dba GM F
P.O. Box 183853
Arlington, TX 76096-3853

Apothaker Scian, PC
520 Fellowship Road, Suite C306
PO Box 5496
Mount Laurel, NJ 08054-5496

Asset Recovery Solutions, LLC
2200 East Devon Avenue, Suite 200
Des Plaines, IL 60018-4501

Avant
222 North LaSalle Street #1700
Chicago, IL 60601-1101

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

CACH, LLC its successors and assigns as assi
of Avant
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Capital One Auto Finance, a division of Capi
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Bank USA, NA
PO Box 30285
Salt Lake City, UT 84130-0285

(p)CAVALRY PORTFOLIO SERVICES LLC
500 SUMMIT LAKE DR
STE 400
VALHALLA NY 10595-2322

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Collection Center Industries
PO Box 8666
Lancaster, PA 17604-8666

Collins Asset Group, LLC
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Collins Asset Group, LLC
PO Box 11059
Austin, TX 78709-1059

Comenity Bank / PayPal Credit
Attn: Bankruptcy Department
PO Box 182125
Columbus, OH 43218-2125

(p)CREDIT CORP SOLUTIONS INC
121 W ELECTION RD
SANDY UT 84020-7766

Credit One Bank, NA
PO Box 98875
Las Vegas, NV 89193-8875

DIRECTV
PO Box 5007
Carol Stream, IL 60197-5007

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625
ELECTRONIC

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025
DUPLICATE

Discover Financial Services, LLC
PO Box 3025
New Albany, OH 43054-3025

Financial Recovery Services, Inc.
PO Box 385908
Minneapolis, MN 55438-5908

Jeffrey T. Bitzer, Esquire
1 West Market Street
York, PA 17401-1251
ELECTRONIC

Gregg Stephen Juris
806 Arbor Lane
York, PA 17406-7201

Maryanne Monica Juris
806 Arbor Lane
York, PA 17406-7201

LVNV Funding, LLC its successors and assigns
assignee of MHC Receivables, LLC and
FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Loan Depot
PO Box 77404
Ewing, NJ 08628-6404

MRS BPO, LLC
1930 Olney Avenue
Cherry Hill, NJ 08003-2016

Mariner Finance
8211 Town Center Drive
Nottingham, MD 21236-5904

Memorial Hospital
PO Box 505167
Saint Louis, MO 63150-5167

Midland Funding, LLC
2365 Northside Drive, Suite 30
San Diego, CA 92108-2709
DUPLICATE

Midland Funding, LLC
Midland Credit Management, Inc.
as agent for Midland Funding, LLC
PO Box 2011
Warren, MI 48090-2011

Miller Dipietro Associates
PO Box 143
Landisville, PA 17538-0143

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706
ELECTRONIC

Northstar Location Services
4285 Genesee St
Cheektowaga, NY 14225-1943

PA Emergency Physicians, PLLC
PO Box 975213
Dallas, TX 75397-5213

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021
DUPLICATE

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

PennyMac Loan Services, LLC
P.O. Box 2010
Moorpark, CA 93020

Pennymac Loan Services
Attn: Bankruptcy Department
PO Box 514387
Los Angeles, CA 90051-4387
DUPLICATE

Pinneacle Health Memorial Hospital
PO Box 829774
Philadelphia, PA 19182-9774

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Velocity Investments LLC
PO Box 788
Kirkland, WA 98083-0788

TD Bank USA / Target Card
PO Box 673
Minneapolis, MN 55440-0673
DUPLICATE

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Terminex
Attn: Bankruptcy Department
860 Ridge Lake Boulevard
Memphis, TN 38120-9408

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722
ELECTRONIC

Verizon
500 Technology Drive, Suite 30
Weldon Spring, MO 63304-2225

James Warmbrodt  
701 Market Street Suite 5000  
Philadelphia, PA 19106-1541

Wells Fargo Bank, N.A.  
Wells Fargo Card Services  
PO Box 10438, MAC F8235-02F  
Des Moines, IA 50306-0438

Wells Fargo Card Services  
PO Box 14517  
Des Moines, IA 50306-3517

Wellspan Health  
1001 S George St  
York, PA 17403-3676

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americredit Financial Services, Inc.  
Dba GM Financial  
P.O Box 183853  
Arlington, TX 76096

(d)Americredit Financial Services, Inc.  
P.O Box 183853  
Arlington, TX 76096

Cavalry Portfolio Services  
PO Box 27288  
Tempe, AZ 85285

Chase Card  
PO Box 15298  
Wilmington, DE 19850

Credit Corp Solutions, Inc.  
63 East 11400 South 408  
Sandy, UT 84070

Portfolio Recovery Associates, LLC  
PO Box 41067  
Norfolk, VA 23541-1067

(d)Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

(d)PRA Receivables Management, LLC  
PO Box 41021  
Norfolk, VA 23541-1021

End of Label Matrix  
Mailable recipients    63  
Bypassed recipients     2  
Total                  65

Case 1:18-bk-01323-HWV    Doc 45    Filed 01/07/21    Entered 01/07/21 12:11:49    Desc
Main Document    Page 11 of 11

