UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | GREGG STEPHEN JURIS and<br>MARYANNE MONICA JURIS f/k/a<br>MARYANNE MONICA KANE<br>  Debtors | : CHAPTER 13<br>:<br>:<br>:<br>: |
| | GREGG STEPHEN JURIS and<br>MARYANNE MONICA JURIS f/k/a<br>MARYANNE MONICA KANE<br>  Movants | :<br>:<br>:<br>:<br>: |
| | vs. | :<br>: |
| | PENNYMAC LOAN SERVICES, LLC<br>AND CHARLES J. DEHART, III,<br>ESQUIRE, STANDING CHAPTER 13<br>TRUSTEE<br>  Respondents | : CASE NO. 1-18-bk-01323-HWV<br>:<br>: OBJECTION TO AMENDED MOTION<br>: FOR SALE OF PROPERTY FREE AND<br>: CLEAR OF LIENS |

## ORDER

Upon consideration of the debtor's Amended Motion for Sale of Property Free and Clear of Liens, and Trustee's objection thereto and all other matters of record,

IT IS HEREBY ORDERED that said motion is denied.