UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Gregg Stephen Juris
    **Debtor 1**
Maryanne Monica Juris
f/k/a Maryanne Monica Kane
    **Debtor 2**

**Chapter** 13

**Case No.** 1:18-BK-01323-HWV

## NOTICE OF CHANGE OF ADDRESS

Debtor(s) in the above-referenced matter request a change of mailing address for Creditor:

| FROM: | TO: |
|---|---|
| Terminex<br>Attn: Bankruptcy Department<br>860 Ridge Lake Boulevard<br>Memphis, TN 38120-9408 | Terminex<br>Attn: Bankruptcy Department<br>150 Peabody Place<br>Memphis, TN 38103 |

Date: February 8, 2021

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*