# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Gregg Stephen Juris<br>**Debtor 1**<br>Maryanne Monica Juris<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:18-BK-01323-HWV<br><br>**Matter:** Motion for Sale of Property Free and Clear of Liens<br><br>**Document No.** 38 |

## WITHDRAWAL

TO THE BANKRUPTCY COURT:

    Kindly withdraw Debtor(s)' Amended Motion for Sale of Property Free and Clear of Liens filed by Paul D. Murphy-Ahles, Esquire and docketed as set forth above.

                                            Respectfully submitted,
                                            **DETHLEFS PYKOSH & MURPHY**

Date: February 22, 2021                            /s/ Paul D. Murphy-Ahles

                                            Paul D. Murphy-Ahles, Esquire
                                            PA ID No. 201207
                                            DETHLEFS PYKOSH & MURPHY
                                            2132 Market Street
                                            Camp Hill, PA 17011
                                            (717) 975-9446
                                            pmurphy@dplglaw.com
                                            *Attorney for Debtor(s)*