UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Gregg Stephen Juris
**Debtor 1**
Maryanne Monica Juris
f/k/a Maryanne Monica Kane
**Debtor 2**

**Chapter** 13

**Case No.** 1:18-BK-01323-HWV

**Matter:** Motion for Sale of Property Free and Clear of Liens

## AFFIDAVIT OF REAL ESTATE SALESPERSON

I, ___Jennifer Clemens___, declare under penalty of perjury the following:

1. I have been a Real Estate Salesperson for __2__ years and am currently employed with ___BERKSHIRE HATHAWAY HomeServices HOMESALE___.

2. I viewed Debtor(s)' property located at ___806 Arbor Lane York Pa 17406___ and have ___An Apprasier___ determined that the maximum value for the property is $ ___305,000.00___.

3. The maximum value for the property was determined by a Comparable Market Analysis that I conducted on the property. A copy of the same is attached.

4. Debtor(s)' property was placed on the market on ___11/29/2020___.

5. This property was shown __8__ times. Debtor(s) received __1__ offers on the property.

6. The accepted offer was for $ ___305,000.00___ which was received after __8__ days on the market.

Dated:

*Jennifer Clemens*
dotloop verified
04/18/21 11:02 AM EDT
U9R8-8IBG-M262-CPDE

Jennifer Clemens, Real Estate Salesperson
Berkshire Hathaway HomeServices Homesale