| American Land Title Association | ALTA Settlement Statement - Combined |
| | Adopted 05-01-2015 |

| | | |
|---|---|---|
| **File No./Escrow No.:** 155-012719 | Devon Abstract, LLC |  |
| **Print Date & Time:** 04/22/21 11:18 AM | **ALTA Universal ID:** 1108194 | |
| **Officer/Escrow Officer:** | 744 West Lancaster Avenue, Suite 120 | |
| **Settlement Location:** | Wayne, PA  19087 | |
| Berkshire Hathaway HomeServices Homesale | | |
| 1680 Kenneth Rd | | |
| York, PA 17408 | | |

| | |
|---|---|
| **Property Address:** | 806 Arbor Lane |
| | York, PA  17406 |
| **Borrower:** | Arren Randall and Rochelle Williams |
| | 412 N. George St |
| | York, PA  17401 |
| **Seller:** | Gregg S. Juris |
| | 806 Arbor Ln |
| | York, PA  17406 |
| **Lender:** | Allied Mortgage Group ISAOA/ATIMA, 225 E. City Line Ave., Ste. 102, Bala Cynwyd, PA, 19004 |
| **Loan Number:** | 200221029067 |
| **Settlement Date:** | 04/23/2021 |
| **Disbursement Date:** | 04/23/2021 |
| **Additional dates per state requirements:** | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Financial** | | |
| | $305,000.00 | Sale Price of Property | $305,000.00 | |
| | | Deposit | | $3,000.00 |
| | | Loan Amount | | $299,475.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $1,026.52 | City Property Taxes from 04/24/2021 thru 12/31/2021 | $1,026.52 | |
| | $52.31 | sewer from 04/24/2021 thru 06/30/2021 | $52.31 | |
| | $675.57 | School Property Taxes from 04/24/2021 thru 06/30/2021 | $675.57 | |
| | $45.87 | trash from 04/24/2021 thru 06/30/2021 | $45.87 | |
| $7,000.00 | | Seller Assist | | $7,000.00 |
| $53,825.17 | | bankruptcy to Charles Dehart, III | | |
| | | | | |
| | | **Loan Charges to Allied Mortgage Group ISAOA/ATIMA** | | |
| | | 0.25% of Loan Amount (Points) | $748.69 | |
| | | Prepaid Interest $23.59 per day from 04/23/2021 to 05/01/2021) | $188.72 | |
| | | | | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Other Loan Charges** | | |
| | | Appraisal fee | $650.00 | |
| | | Credit report | $95.00 | |
| | | Mortgage Insurance Premium | $5,150.68 | |
| | | Third Party Processing fee | $600.00 | |
| | | | | |
| | | **Impounds** | | |
| | | Homeowner's Insurance $89.25 per month for 3 mo. | $267.75 | |
| | | Property Taxes $90.44 per month for 3 mo. | $271.32 | |
| | | City Property Taxes $30.98 per month for 3 mo. | $92.94 | |
| | | School Property Taxes $302.18 per month for 10 mo. | $3,021.80 | |
| | | Aggregate Adjustment | -$1,053.35 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Electronic Document Transmittal Fee to Devon Abstract, LLC | $50.00 | |
| | | Title - Notary Fees to Ethel Long | $60.00 | |
| | | Title - Overnight/Courier Fee ($15.50 per package) to Devon Abstract, LLC | $15.50 | |
| | | Title - Wire Fee to Devon Abstract, LLC | $15.50 | |
| $45.00 | | Title - Mortgage Satisfaction Tracking to reQuire Release Tracking | | |
| $40.00 | | Title - Notary Fee to Ethel Long | | |
| $15.50 | | Title - Payoff Overnight Fee to Devon Abstract, LLC | | |
| | | Title - Closing Protection Letter to First American | $125.00 | |
| | | Title - PA 100 Restrict - No Violation to Devon Abstract, LLC | $100.00 | |
| | | Title - PA 300 Survey Exception to Devon Abstract, LLC | $100.00 | |
| | | Title - PA 900 Environmental - Res to Devon Abstract, LLC | $100.00 | |
| | | Title - Owner's Title Insurance($247.85) to Devon Abstract, LLC | $2,412.85 | |
| | | | | |
| | | **Commission** | | |
| $9,150.00 | | Real Estate Commission - Listing to Berkshire Hathaway HomeServices Homesale | | |
| $9,150.00 | | Real Estate Commission - Selling to Keller Williams Realty-Devon-Wayne | | |
| | | $3000.00 Earnest Money Held by Berkshire Hathaway HomeServices Homesale | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fee (Deed) to York County PA Recorder of Deeds | $110.00 | |
| | | Recording Fee (Mortgage) to York County PA Recorder of Deeds | $210.00 | |
| $1,525.00 | | Transfer Tax to York County PA Recorder of Deeds | $1,525.00 | |
| $1,525.00 | | State Tax/Stamps to York County PA Recorder of Deeds | $1,525.00 | |
| | | | | |
| | | **Payoff(s)** | | |

Copyright 2015 American Land Title Association.
All rights reserved.

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $197,327.78 | | Lender: Payoff of first mortgage loan to PennyMac Loan Services, LLC, ISAOA/ATIMA | | |
| | | Total ($197,327.78) | | |
| | | | | |
| | | **Miscellaneous** | | |
| | | broker compensation $8235.56 Paid by Allied Mortgage Group ISAOA/ATIMA | | |
| | | Homeowner's Insurance Premium to Guard Home and Auto | $1,071.00 | |
| $10.00 | | 2021 tax duplicate bill fee to Fran Surdich, Tax Collector | | |
| $1,486.82 | | 2021 township to Fran Surdich, Tax Collector | | |
| $245.00 | | broker fee to Berkshire Hathaway HomeServices Homesale | | |
| | | Broker Fee to Keller Williams Realty-Devon-Wayne | $295.00 | |
| $150.00 | | conveyancing fee to Devon Abstract, LLC | | |
| $85.00 | | reimbursement certifications to Devon Abstract, LLC | | |
| $70.00 | | sewer quart to Springettsbury Township | | |
| **Seller** | | | **Borrower/Buyer** | |
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $281,650.27 | $306,800.27 | **Subtotals** | $324,548.67 | $309,475.00 |
| | | Due **From** Borrower | | **$15,073.67** |
| **$25,150.00** | | Due **To** Seller | | |
| $306,800.27 | $306,800.27 | **Totals** | $324,548.67 | $324,548.67 |

Copyright 2015 American Land Title Association.
All rights reserved.

Page 3 of 4

File # 155-012719
Printed on: 04/22/21 11:18 AM

Case 1:18-bk-01323-HWV    Doc 71    Filed 06/28/21    Entered 06/28/21 14:54:06    Desc
Main Document    Page 3 of 4

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Devon Abstract, LLC to cause the funds to be disbursed in accordance with this statement.

_____  _____  _____  _____
Arren Randall                                    Date                        Gregg S. Juris                                        Date

_____  _____
Rochelle Williams                              Date

_____  _____
Escrow Officer                                                                              Date

Copyright 2015 American Land Title Association.  
All rights reserved.

Page 4 of 4

File # 155-012719  
Printed on: 04/22/21 11:18 AM

Case 1:18-bk-01323-HWV    Doc 71    Filed 06/28/21    Entered 06/28/21 14:54:06    Desc
Main Document    Page 4 of 4