United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Gregg Stephen Juris  
Maryanne Monica Juris  
    Debtors

Case No. 18-01323-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Jun 29, 2021      Form ID: 3180W      Total Noticed: 59

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregg Stephen Juris, Maryanne Monica Juris, 601 Rishel Drive, York, PA 17406-5000 |
| 5042679 | + | Ally Financial, Inc., Ally Detriot Center, 500 Woodward Avenue, Detroit, MI 48226-3416 |
| 5042681 | + | American Home Warranty, Attn: Bankruptcy Department, PO Box 7248, Santa Rosa, CA 95407-0248 |
| 5042683 | | Apothaker Scian, PC, 520 Fellowship Road, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 5042684 | | Asset Recovery Solutions, LLC, 2200 East Devon Avenue, Suite 200, Des Plaines, IL 60018-4501 |
| 5069818 | | CACH, LLC its successors and assigns as assignee, of Avant, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5062807 | + | Collins Asset Group, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 5042699 | + | Jeffrey T. Bitzer, Esquire, 1 West Market Street, York, PA 17401-1253 |
| 5042700 | + | Loan Depot, PO Box 77404, Ewing, NJ 08628-6404 |
| 5042705 | + | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 5042701 | + | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5042702 | | Memorial Hospital, PO Box 505167, Saint Louis, MO 63150-5167 |
| 5042704 | + | Miller Dipietro Associates, 325 South Belmont Street, York, PA 17403-2608 |
| 5135529 | + | Northstar Location Services, 4285 Genesee St, Cheektowaga, NY 14225-1943 |
| 5042706 | | PA Emergency Physicians, PLLC, PO Box 975213, Dallas, TX 75397-5213 |
| 5069760 | | PennyMac Loan Services, LLC, P.O. Box 2010, Moorpark, CA 93020 |
| 5042707 | + | Pennymac Loan Services, Attn: Bankruptcy Department, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5042708 | | Pinneacle Health Memorial Hospital, PO Box 829774, Philadelphia, PA 19182-9774 |
| 5042711 | + | Terminex, Attn: Bankruptcy Department, 150 Peabody Place, Memphis, TN 38103-3720 |
| 5069386 | + | Wellspan Health, 1001 S George St, York, PA 17403-3676 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Jun 29 2021 22:53:00 | Americredit Financial Services, Inc.Dba GM Financi, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: AISACG.COM | Jun 29 2021 22:53:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5084610 | + | EDI: PHINAMERI.COM | Jun 29 2021 22:53:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 5060832 | | EDI: PHINAMERI.COM | Jun 29 2021 22:53:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5059118 | | EDI: PHINAMERI.COM | Jun 29 2021 22:53:00 | Americredit Financial Services, Inc., P.O Box 183853, Arlington, TX 76096 |
| 5042685 | | EDI: CINGMIDLAND.COM | Jun 29 2021 22:53:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 5065718 | + | EDI: CINGMIDLAND.COM | Jun 29 2021 22:53:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |

| Record | Method | Date/Time | Recipient |
| --- | --- | --- | --- |
| 5046181 | EDI: GMACFS.COM | Jun 29 2021 22:53:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 5042682 | + EDI: PHINAMERI.COM | Jun 29 2021 22:53:00 | AmeriCredit Financial Services, 801 Cherry Street, Suite 3500, Fort Worth, TX 76102-6854 |
| 5042680 | + EDI: AMEREXPR.COM | Jun 29 2021 22:53:00 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5050814 | EDI: BECKLEE.COM | Jun 29 2021 22:53:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5042686 | + Email/Text: bk@avant.com | Jun 29 2021 18:53:00 | Avant, 222 North LaSalle Street #1700, Chicago, IL 60601-1101 |
| 5042687 | + EDI: TSYS2.COM | Jun 29 2021 22:53:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5042689 | Email/Text: bankruptcy@cavps.com | Jun 29 2021 18:53:00 | Cavalry Portfolio Services, PO Box 27288, Tempe, AZ 85285 |
| 5042694 | Email/Text: customercareus@creditcorpsolutionsinc.com | Jun 29 2021 18:53:00 | Credit Corp Solutions, Inc., 63 East 11400 South 408, Sandy, UT 84070 |
| 5044261 | + EDI: AISACG.COM | Jun 29 2021 22:53:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5042688 | EDI: CAPITALONE.COM | Jun 29 2021 22:53:00 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5059922 | + Email/Text: bankruptcy@cavps.com | Jun 29 2021 18:53:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5042691 | Email/Text: DATA@COLLECTIONCENTERIND.COM | Jun 29 2021 18:53:00 | Collection Center Industries, PO Box 8666, Lancaster, PA 17604-8666 |
| 5042692 | EDI: COLLINSASSET.COM | Jun 29 2021 22:53:00 | Collins Asset Group, LLC, PO Box 91059, Austin, TX 78709-1059 |
| 5042693 | EDI: WFNNB.COM | Jun 29 2021 22:53:00 | Comenity Bank / PayPal Credit, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5042695 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 29 2021 19:02:42 | Credit One Bank, NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5042696 | EDI: DIRECTV.COM | Jun 29 2021 22:53:00 | DIRECTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 5045105 | EDI: DISCOVER.COM | Jun 29 2021 22:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5042697 | EDI: DISCOVER.COM | Jun 29 2021 22:53:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 5042698 | Email/Text: data_processing@fin-rec.com | Jun 29 2021 18:53:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 5042690 | EDI: JPMORGANCHASE | Jun 29 2021 22:53:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 5070174 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2021 19:02:40 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5042703 | + EDI: MID8.COM | Jun 29 2021 22:53:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 30, San Diego, CA 92108-2709 |
| 5050942 | + EDI: MID8.COM | Jun 29 2021 22:53:00 | Midland Funding, LLC, Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5042709 | EDI: PRA.COM | Jun 29 2021 22:53:00 | Portfolio Recovery Associates, LLC, PO Box |

| | | | |
| --- | --- | --- | --- |
| | | | 41067, Norfolk, VA 23541-1067 |
| 5044311 | EDI: PRA.COM | Jun 29 2021 22:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5043092 | + EDI: RECOVERYCORP.COM | Jun 29 2021 22:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5068962 | EDI: Q3G.COM | Jun 29 2021 22:53:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5042710 | + EDI: WTRRNBANK.COM | Jun 29 2021 22:53:00 | TD Bank USA / Target Card, PO Box 673, Minneapolis, MN 55440-0673 |
| 5070176 | + Email/Text: bncmail@w-legal.com | Jun 29 2021 18:53:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5042712 | + EDI: VERIZONCOMB.COM | Jun 29 2021 22:53:00 | Verizon, 500 Technology Drive, Suite 30, Weldon Spring, MO 63304-2225 |
| 5061050 | EDI: WFFC.COM | Jun 29 2021 22:53:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5042713 | + EDI: WFFC.COM | Jun 29 2021 22:53:00 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Gregg Stephen Juris pmurphy@dplglaw.com kgreene@dplglaw.com |

| | | |
|---|---|---|
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Maryanne Monica Juris pmurphy@dplglaw.com  kgreene@dplglaw.com | |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com | |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov | |

TOTAL: 6

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Gregg Stephen Juris<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–8603<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Maryanne Monica Juris<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9275<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18–bk–01323–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gregg Stephen Juris

Maryanne Monica Juris
fka Maryanne Monica Kane

6/29/21

**By the court:** *[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**